Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Janine S. Simerly (SBN 102361)
  jss@millerlawgroup.com
Claudia J. Castillo (SBN 215603)
  cjc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
McCORMICK & SCHMICK RESTAURANT CORP. (also erroneously sued as "SPENGER'S FRESH FISH GROTTO")

Robert Salinas (SBN 184260)
  bob@ssrplaw.com
Jorge Aguilar II (SBN 238111)
  jaguilar@ssrplaw.com
SUNDEEN SALINAS & PYLE
1330 Broadway Street, Suite 1830
Oakland, CA 94612
Tel. (510) 663-9240
Fax (510) 663-9241

Attorneys for Plaintiff
IVAN CORNEJO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CORNEJO,<br><br>    Plaintiff,<br><br>v.<br><br>SPENGER'S FRESH FISH GROTTO, MCCORMICK AND SCHMICK RESTAURANT CORP., and DOES 1-10,<br><br>    Defendants. | Case No.: C 09-05564 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:      March 8, 2010<br>Time:      4:00 p.m.<br>Courtroom: 15<br>Judge:     Honorable Marilyn H. Patel<br><br>Complaint filed: October 22, 2009 |

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DATES
Case No.: C 09-05564 MHP**

Plaintiff IVAN CORNEJO ("Plaintiff") and Defendant McCORMICK & SCHMICK RESTAURANT CORP. (also erroneously sued as "SPENGER'S FRESH FISH GROTTO") ("Defendant"), by and through their respective undersigned attorneys, hereby stipulate and agree to continue the date of the Court's Initial Case Management Conference and all related dates, as well as the dates of the meet and confer and disclosures required by Federal Rules of Civil Procedure Rule 26, as set forth below.

WHEREAS, on November 24, 2009, the Court filed its Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, on January 27, 2010, Defendant filed a Notice of Motion and Motion to Compel Arbitration, currently set for hearing on March 8, 2010 at 2:00 p.m. before the Honorable Marilyn H. Patel (Docket Nos. 8-14);

WHEREAS, on February 15, 2010, Plaintiff filed a Memorandum of Points and Authorities in Opposition to Defendant's Motion to Compel Arbitration, currently set for hearing on March 8, 2010 at 2:00 p.m. before the Honorable Marilyn H. Patel (Docket Nos. 15-16);

WHEREAS, the parties have not previously sought to continue or extend any of the deadlines in this action related to the Initial Case Management Conference and related dates, or disclosures required by Rule 26;

WHEREAS, the Court's Order on Defendant's Motion to Compel Arbitration may render the Rule 26 requirements moot if the parties are required to arbitrate this matter, and counsel for the parties agree that it would facilitate efficient and expeditious Rule 26 disclosures, consideration of ADR options, and general scheduling in this action, to modify

1 the current deadlines including the date set for the Initial Case Management Conference
2 and related dates.

4     NOW, THEREFORE,

6     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and
7 Defendant, by and through their respective undersigned attorneys of record, to continue the
8 date set by the Court for the Initial Case Management Conference as well as all related
9 dates, including the dates related to the parties' meet and confer in accordance with FRCP
10 Rule 26 and the parties' consideration and selection of an ADR process, as follows:

| | |
|---|---|
| March 15, 2010 | Last day for parties to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; |
| March 29, 2010 | Last day for parties to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Conference Statement per Standing Order. |
| April 5, 2010 4:00 p.m. | Initial Case Management Conference in Courtroom 15, San Francisco at 4:00 p.m. |

20     Good cause exists for this continuance of the existing date of the Initial Case
21 Management Conference and related deadlines, including the date of the parties' meet and
22 confer in accordance with FRCP Rule 26 and the parties' consideration and selection of an
23 ADR process Rule, as set forth above.
24 / / /
25 / / /
26 / / /
27 / / /

Miller Law Group
A Professional Corporation
San Francisco, California

**IT IS SO STIPULATED.**

Dated: February 16, 2010    SUNDEEN SALINAS & PYLE

By: _____/s/_____
Jorge Aguilar II
Attorneys for Plaintiff IVAN CORNEJO

Dated: February 16, 2010    MILLER LAW GROUP
A Professional Corporation

By: _____/s/_____
Janine S. Simerly
Attorneys for Defendant
McCORMICK & SCHMICK RESTAURANT CORP. (also erroneously sued as "SPENGER'S FRESH FISH GROTTO")

# ORDER

Having reviewed the Stipulation executed by Plaintiff IVAN CORNEJO and Defendant McCORMICK & SCHMICK RESTAURANT CORP., and good cause appearing, the Court hereby orders that the Initial Case Management Conference and associated dates, including the deadlines for the parties' meet and confer in accordance with FRCP Rule 26 and the parties' consideration and selection of an ADR process, are VACATED, and are rescheduled as set forth below.

| | |
|---|---|
| March 15, 2010 | Last day for parties to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; |
| March 29, 2010 | Last day for parties to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Conference Statement per Standing Order. |
| April 5, 2010 4:00 p.m. | Initial Case Management Conference in Courtroom 15, San Francisco at 4:00 p.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/17/2010



The Honorable M[...]
United [...]

4850-3492-8133, v. 1