Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Janine S. Simerly (SBN 102361)
jss@millerlawgroup.com
Claudia J. Castillo (SBN 215603)
cjc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA  94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
McCORMICK & SCHMICK RESTAURANT CORP. (also erroneously sued as "SPENGER'S FRESH FISH GROTTO")

Robert Salinas (SBN 184260)
bob@ssrplaw.com
Jorge Aguilar II (SBN 238111)
jaguilar@ssrplaw.com
SUNDEEN SALINAS & PYLE
1330 Broadway Street, Suite 1830
Oakland, CA  94612
Tel. (510) 663-9240
Fax (510) 663-9241

Attorneys for Plaintiff
IVAN CORNEJO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CORNEJO,<br><br>            Plaintiff,<br><br>v.<br><br>SPENGER'S FRESH FISH GROTTO, MCCORMICK AND SCHMICK RESTAURANT CORP., and DOES 1-10,<br><br>            Defendants. | Case No.: C 09-05564 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE ON INSPECTION BY HANDWRITING EXPERT**<br><br>Complaint filed:  October 22, 2009 |

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR DETERMINATION OF AUTHENTICITY OF SIGNATURE ON AGREEMENT**
**Case No.: C 09-05564 MHP**

1  Plaintiff IVAN CORNEJO ("Plaintiff") and Defendant McCORMICK &
2 SCHMICK RESTAURANT CORP. (also erroneously sued as "SPENGER'S FRESH FISH
3 GROTTO") ("Defendant"), by and through their respective undersigned attorneys, hereby
4 stipulate and agree to continue the date of the Court's Order requiring the parties to resolve
5 the issue of the authenticity of Plaintiff's signature on the Agreement to Arbitrate Disputes
6 dated June 15, 2006 ("Agreement") and submitted to the Court by Defendants in support of
7 Defendant's Motion to Compel Arbitration, as set forth below.

9  WHEREAS, on March 8, 2010, the Court conducted a hearing on Defendant's
10 Motion to Compel Arbitration, and Plaintiff contested the authenticity of the signature on the
11 Agreement;

13  WHEREAS on March 8, 2010, the Court filed its Order After Hearing, requiring
14 the parties to resolve the issue of the authenticity of Plaintiff's signature on the Agreement
15 within 45 days;

17  WHEREAS, on April 2, 2010 the parties stipulated that the issue of the
18 authenticity of Plaintiff's signature on the Agreement would not be submitted to a
19 handwriting expert until after this matter is mediated;

21  WHEREAS, the mediation in this matter is scheduled for April 27, 2010 and
22 the parties wish to attempt to settle this matter prior to incurring the expense of a
23 handwriting expert;

25  WHEREAS, the parties have agreed on a handwriting expert to retain for the
26 purposes of settling the issue of the authenticity of Plaintiff's signature on the Agreement;

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, to continue the date set by the Court for settling the issue of the authenticity of Plaintiff's signature on the Agreement, from April 22, 2010 (45 days after the March 8, 2010 Order) to May 5, 2010:

Good cause exists for this continuance of the existing date by which to settle the issue of the authenticity of Plaintiff's signature on the Agreement, as set forth above.

**IT IS SO STIPULATED.**

Dated: April 21, 2010                SUNDEEN SALINAS & PYLE

By:  _____/s/_____
    Jorge Aguilar II
    Attorneys for Plaintiff IVAN CORNEJO

Dated: April 21, 2010                MILLER LAW GROUP
                                     A Professional Corporation

By:  _____/s/_____
    Janine S. Simerly
    Attorneys for Defendant
    McCORMICK & SCHMICK RESTAURANT CORP. (also erroneously sued as "SPENGER'S FRESH FISH GROTTO")

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

# **ORDER**

Having reviewed the Stipulation executed by Plaintiff IVAN CORNEJO and Defendant McCORMICK & SCHMICK RESTAURANT CORP., and good cause appearing, the Court hereby orders that the parties resolve the issue of the authenticity of Plaintiff's signature on the Agreement by May 5, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __4/22/2010_____

_____
The Honorable Marilyn H. Patel
United States District Judge



4819-3903-2070, v. 1

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR DETERMINATION OF AUTHENTICITY OF SIGNATURE ON AGREEMENT
Case No.: C 09-05564 MHP**